In the Matter of SEYMOUR GOLDSTAUB, an attorney-at-law.

November 23, 1971. It is Ordered that Seymour Goldstaub of Secaucus is suspended from the practice of law pending determination of the complaints against him before the Hudson County Ethics Committee and until further order of the Court.

In the Matter of ROSS E. BROWN, an attorney-at-law. December 21, 1971. It is Ordered that the application of Ross E. Brown of Spring Lake for reinstatement is granted effective April 28, 1972.

In the Matter of MAX KLEINFELD, an attorney-at-law.

December 21, 1971. It is Ordered that the suspension of Max Kleinfeld of Union City is lifted and that he be restored to the practice of law.

In the Matter of JAMES A. MC TAGUE, JR., an attorney-at-law.

December 21, 1971. It is Ordered that James A. McTague, Jr. of Jersey City is suspended until further order of the Court.

January 11, 1972. It is Ordered that the resignation of James A. McTague, Jr. of Jersey City as an attorney at law of this State is accepted with prejudice in accordance with the provisions of Rule 1:20–10.